**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THE COMMONWEALTH OF PENNSYLVANIA
ex. rel. LAWRENCE S. KRASNER,
PHILADELPHIA DISTRICT ATTORNEY

**NO. 2:26-cv-07251**

v.

EXPRESS SCRIPTS, INC. et al.

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR A JURY TRIAL**

**TO THE PROTHONOTARY:**

Kindly **ENTER** my appearance on behalf of Defendants, **EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EVERNORTH HEALTH, INC.,** and **EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.**

Defendants respectfully DEMAND a jury consisting of TWELVE (12) jurors.

**WALSH PANCIO, LLC**

BY: ______________________________

Joseph P. Walsh, Esquire
I.D. No. 64352
***Attorney for Express Scripts Defendants***
2326 North Broad Street, Suite 200
Colmar, PA 18915
Phone: (215) 368-8660
Fax: (215) 368-7990
joe@walshpancio.com