**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, *ex rel.* Lawrence S. Krasner, Philadelphia District Attorney, | : | C.A. No. 26-cv-07251-CFK |
| Plaintiff, | : | |
| vs. | : | |
| EXPRESS SCRIPTS, INC., *et al.* | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Plaintiff, The Commonwealth of Pennsylvania, *ex rel*. Lawrence S. Krasner, Philadelphia District Attorney, in the above-captioned matter.

DILWORTH PAXSON LLP

*/s/ Silvio Trentalange*
Silvio Trentalange, Esquire
PA I.D. No. 320606
1650 Market Street, Suite 1200
Philadelphia, PA 19103
P: (215) 575-7000
F: (215) 575-7200
strentalange@dilworthlaw.com
*Attorneys for Plaintiff, The Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, *ex rel.* Lawrence S. Krasner, Philadelphia District Attorney, | : | C.A. No. 26-cv-07251-CFK |
| Plaintiff, | : | |
| vs. | : | |
| EXPRESS SCRIPTS, INC., *et al.* | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I served a true and correct copy of the forgoing Notice of Appearance on all counsel electronically via the CM/ECF System.

*/s/ Silvio Trentalange*