**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Commonwealth of Pennsylvania *ex rel.* Lawrence S. Krasner, Philadelphia District Attorney,<br><br>Plaintiff,<br><br>v.<br><br>Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc., CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark, LLC, CaremarkPCS Health, LLC, and AdvanceRx.Com, LLC (d/b/a CaremarkPCS Pennsylvania Mail Pharmacy, LLC),<br><br>Defendants. | No. 2:26-cv-07251-CFK |

## RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1(a)(1), Defendants UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks Inc., make the following disclosures:*

* Defendants make these disclosures subject to and without waiving any defenses, including jurisdictional defenses.

1. UnitedHealth Group Incorporated is the ultimate parent of Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. No publicly held company owns ten percent or more of UnitedHealth Group Incorporated's stock.

Dated: September 22, 2026

*/s/ Joseph I. Fontak*
Joseph I. Fontak
**LEADER BERKON COLAO & SILVERSTEIN LLP**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

*Counsel for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*