**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney,<br>Plaintiff,<br>v.<br><br>Express Scripts, Inc., et al.<br><br>Defendants. | CIVIL NO. 2:26-cv-07251-CFK |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE that Elisabeth B. Miller, and the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, file this Notice of Appearance as counsel for Defendants Medco Health Solutions, Inc., Express Scripts, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., and ESI Mail Order Processing, Inc.

Dated: September 22, 2026

*/s/ Elisabeth B. Miller*
Elisabeth B. Miller (PA 335455)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2026, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

*/s/ Elisabeth B. Miller*
Elisabeth B. Miller