**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, *ex rel.* LAWRENCE S. KRASNER, PHILADELPHIA DISTRICT ATTORNEY,<br>Plaintiff,<br>v.<br><br>EXPRESS SCRIPTS, INC., *et al.*,<br><br>Defendants. | C.A. No. 26-CV-07251-CFK |

# NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Steven N. Herman, and the law firm of Zuckerman Spaeder LLP, file this Notice of Appearance as counsel for Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., Caremark, L.L.C., Caremark PCS Health, L.L.C., and AdvanceRx.com, L.L.C.

Dated: September 23, 2026

*/s/ Steven N. Herman*
Steven N. Herman (PA 205832)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW
Suite 400
Washington, DC 20037
Phone: (202) 778-1800
Fax: (202) 822-8106
sherman@zuckerman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I served a true and correct copy of the foregoing Notice of Appearance on all counsel electronically via the CM/ECF System.

*/s/Steven N. Herman*
Steven N. Herman