IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

The Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney,
Plaintiff,

v.

Express Scripts, Inc., et al.,
Defendants.

Case Number: 2:26-cv-07251-CFK

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Conor B. O'Croinin, Esquire as counsel for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; and AdvanceRx.Com, L.L.C. . Conor B. O'Croinin is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

______________________________
Hon. Chad F. Kenney , J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-07251-CFK

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Conor B. O'Croinin the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent CaremarkPCS Health and Caremark Rx. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| | | |
|---|---|---|
| See Attachment 1 | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| | | |
|---|---|---|
| See Attachment 1 | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Defendants CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; and AdvanceRx.Com, L.L.C.

*Name of Attorney:* Conor B. O'Croinin

*Firm Address:* 100 East Pratt Street, Suite 2440, Baltimore, Maryland 21202

*Telephone Number:* (410) 332-0444

*Email Address:* cocroinin@zuckerman.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 9/21/2026
*(Date)*

*(Movant's Signature)*

# ATTACHMENT 1

| **State Where Admitted** | **Admission Date** | **Attorney Identification Number** |
|---|---|---|
| Maryland | 12/15/2004 | 0412150129 |
| Commonwealth of Pennsylvania | 11/04/2005 | 200149 (Status: Inactive) |
| U.S. District Court for the District of Maryland | 05/18/2006 | 28099 |
| U.S. District Court for the Eastern District of Wisconsin | 07/27/2021 | MD CPF 0412150129 |
| U.S. Court of Appeals for the Fourth Circuit | 05/18/2006 | N/A |
| U.S. Court of Appeals for the Seventh Circuit | 02/05/2015 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | 05/26/2026 | 26-0206 |
| U.S. Court of Appeals for the Tenth Circuit | 04/11/2022 | N/A |
| U.S. Supreme Court | 12/12/2011 | 281752 |

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Conor B. O'Croinin to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Steven N. Herman | [signature] | August 20, 2015 | PA 205832 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Zuckerman Spaeder LLP, 2100 L Street, NW, Suite 400, Washington, DC 20037

sherman@zuckerman.com

(202) 778-1800

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 9/23/2026
*(Date)*

[signature]
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Commonwealth of Pennsylvania, ex. rel. Lawrence S. Krasner, Philadelphia District Attorney, | : | Case Number: 2:26-cv-07251-CFK |
| Plaintiff, | : | |
| v. | : | |
| Express Scripts, Inc., et al., | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Conor B. O'Croinin, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

(Signature of Attorney)

Steven N. Herman
(Name of Attorney)

CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; and AdvanceRx.Com, L.L.C.
(Name of Moving Party)

9/23/2026
(Date)