**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE COMMONWEALTH OF PENNSYLVANIA, ex rel. Lawrence S. Krasner, Philadelphia District Attorney,** ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **EXPRESS SCRIPTS. INC., et al,** ***Defendants.*** | : | **NO. 26-cv-7251** |

**ORDER**

**AND NOW**, this 23rd day of September 2026, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 7.1,[1] all Defendants shall file their corporate disclosure statements[2] **by 12:00 p.m. on or before September 30, 2026** (form attached).[3]

This Order also serves as a reminder to all Defendants of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] **If any party is an LLC, make sure to identify the names, citizenship and principal place of business of each member of the LLC**.

[3] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.

UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| v. | : : : : : : | Civil Action<br>No: ___________________ |

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, ______________________________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, ______________________________, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

________________________________________________________________
________________________________________________________________
________________________________________________________________
________________________________________________________________

________________________________________________________________________
Date                                        Signature

Counsel for: ________________________________________

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

(1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes.