IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

The Commonwealth of Pennsylvania ex rel. Lawrence S. Krasner, Philadelphia District Attorney,
Plaintiff,

v.

Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc., CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark, LLC, CaremarkPCS Health, LLC, and AdvanceRx.Com, LLC (d/b/a CaremarkPCS Pennsylvania Mail Pharmacy, LLC),
Defendants.

Case Number: 2:26-cv-07251-CFK

ORDER

AND NOW, this _______ day of ______________________ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Michael A. Kaeding, Esquire as counsel for UnitedHealth Group, Inc.,Optum Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc.. Michael A. Kaeding is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

______________________________
Hon. Chad F. Kenney, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-7251-CFK

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Michael A. Kaeding the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent UnitedHealth Group, Inc., et al. . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| (see attached) | | |
| | | |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| (see attached) | | |
| | | |
| | | |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* UnitedHealth Group, Inc.,Optum Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc.

*Name of Attorney:* Michael A. Kaeding

*Firm Address:* Alston & Bird, 555 Fayetteville Street, Suite 600, Raleigh, NC 27601

*Telephone Number:* (919) 862-2200

*Email Address:* mike.kaeding@alston.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 09/24/2026
*(Date)*

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michael A. Kaeding to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| | | | |
|---|---|---|---|
| Joseph I. Fontak | [signature] | 3/09/2011 | 310087 |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Leader Berkon Colao & Silverstein LLP, 1515 Market Street, Suite 1200, Philadelphia, PA 19102

jfontak@leaderberkon.com

(215) 755-0455

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* September 24, 2026
*(Date)*

[signature]
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

The Commonwealth of Pennsylvania ex rel. Lawrence S. Krasner, Philadelphia District Attorney,
Plaintiff,
v.
Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc., CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark, LLC, CaremarkPCS Health, LLC, and AdvanceRx.Com, LLC (d/b/a CaremarkPCS Pennsylvania Mail Pharmacy, LLC),
Defendants.

Case Number: 2:26-cv-7251-CFK

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Michael A. Kaeding, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF on September 24, 2026

(Signature of Attorney)

Joseph I. Fontak
(Name of Attorney)

UnitedHealth Group, Inc., et. al.
(Name of Moving Party)

September 24, 2026
(Date)

**BAR ADMISSIONS OF MICHAEL A. KAEDING**

| **State Bar Admissions** | **Date of Admission** | **Bar/Reg. No.** |
|---|---|---|
| Georgia State Bar | 12/04/1997 | 405779 |
| Illinois State Bar | 05/06/1999 | 6257408 (ARDC #) |
| North Carolina State Bar | 06/27/2014 | 47433 |
| **U.S. District Court Bar Admissions** | **Date of Admission** | **Bar/Reg. No.** |
| U.S. District Court for the Middle District of Georgia | 02/17/1998 | N/A |
| U.S. District Court for the Northern District of Georgia | 11/30/1998 | N/A |
| U.S. District Court for the Southern District of New York | 12/18/2008 | N/A |
| U.S. District Court for the Middle District of North Carolina | 05/05/2015 | N/A |
| U.S. District Court for the Eastern District of North Carolina | 08/02/2015 | N/A |
| U.S. District Court for the Southern District of Illinois | 01/22/2024 | N/A |
| U.S. District Court for the Eastern District of Michigan | 07/24/2025 | N/A |
| **U.S. Circuit Court Bar Admissions** | **Date of Admission** | **Bar/Reg. No.** |
| U.S. Court of Appeals for the Seventh Circuit | 03/27/2026 | |