IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

The Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney
Plaintiff,

v.

Express Scripts, Inc., et al.,
Defendants.

Case Number: 2:26-cv-7251-CFK

ORDER

AND NOW, this _______ day of _____________________ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Jeffrey T. Scott, Esquire as counsel for UnitedHealth Group, Inc., Optum Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc. Jeffrey T. Scott is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_______________________________
Hon. Chad F. Kenney, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-07251-CFK

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Jeffrey T. Scott the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent UnitedHealth Group, Inc., et al.. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New York | 04/14/1998 | 2890374 |
| New Jersey | 12/16/1996 | 51881996 |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* UnitedHealth Group, Inc., Optum Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc.

*Name of Attorney:* Jeffrey T. Scott

*Firm Address:* 125 Broad Street, New York, NY 10004

*Telephone Number:* (212) 558-3082

*Email Address:* scottj@sullcrom.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 9·29·26
*(Date)*

[signature]
*(Movant's Signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jeffrey T. Scott to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| | | | |
|---|---|---|---|
| Joseph I. Fontak | | 3/9/2011 | 310087 |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Leader Berkon Colao & Silverstein LLP, 1515 Market Street, Suite 1200, Philadelphia, PA 19102

jfontak@leaderberkon.com

(212) 755-0455

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* September 30, 2026
*(Date)*

*(Sponsor's signature)*

## Exhibit A – Federal Court Admissions

- United States Court of Appeals, First Circuit, 2006, 110171
- United States Court of Appeals, Second Circuit, 2023, 06-181182
- United States Court of Appeals, Third Circuit, 2005
- United States Court of Appeals, Fourth Circuit, 2014
- United States Court of Appeals, Fifth Circuit, 2003
- United States Court of Appeals, Sixth Circuit, 2000
- United States Court of Appeals, Seventh Circuit, 2023
- United States Court of Appeals, Ninth Circuit, 2013
- United States Court of Appeals, Tenth Circuit, 2013
- United States District Court, District of New Jersey, 1996, JS5014
- United States District Court, Eastern District of Michigan, 2021
- United States District Court, Eastern District of New York, 2001, JS5014
- United States District Court, Northern District of New York, 2006, 513657
- United States District Court, Southern District of New York, 2001, JS5014
- United States Supreme Court, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney<br>Plaintiff,<br>v.<br>Express Scripts, Inc., et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 2:26-cv-7251-CFK |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Jeffrey T. Scott, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF on: September 30, 2026

(Signature of Attorney)

Joseph I. Fontak
(Name of Attorney)

UnitedHealth Group, Inc., et al.
(Name of Moving Party)

September 30, 2026
(Date)