**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE COMMONWEALTH OF PENNSYLVANIA, ex rel. Lawrence S. Krasner, Philadelphia District Attorney,** ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **EXPRESS SCRIPTS. INC., et al,** ***Defendants.*** | : | **NO. 26-cv-7251** |

**ORDER**

**AND NOW**, this 2nd day of October 2026, it is hereby **ORDERED** that the Motions for Admission Pro Hac Vice (ECF Nos. 30-31) of Attorneys Jonathan G. Cooper and David Mader, as counsel for Express Scripts, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mal Pharmacy Service, Inc., and ESI Mail Order Processing, Inc., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) are **GRANTED.**

Pro Hac Vice Counsel are directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney