**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA *ex rel.* LAWRENCE S. KRASNER, PHILADELPHIA DISTRICT ATTORNEY,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC. *et al.*,<br><br>Defendants. | No. 2:26-cv-7251-CFK |

**JOINT MOTION FOR BRIEFING SCHEDULE AND TO MODIFY PAGE LIMITS ON DEFENDANTS' MOTIONS TO DISMISS**

1. On August 5, 2026, Plaintiff filed the above-captioned case against Defendants[1]. On September 18, 2026, certain Defendants removed this case to this Court. Plaintiff has indicated that it does not intend to move to remand this case to state court.

2. Consistent with this Court's procedures, before Defendants file any motions to dismiss, the parties will meet and confer.

3. In order to facilitate those discussions and the preparation of any motions to dismiss, the parties have conferred and respectfully move this Court to adopt the following briefing schedule on Defendants' motions to dismiss: Defendants' motions to dismiss and accompanying

[1] Defendants include Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Health Networks, Inc.; CVS Health Corporation; CVS Pharmacy Inc.; Caremark Rx, L.L.C.; Caremark, LLC; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, LLC. By joining this motion, Defendants do not waive and expressly preserve all objections and defenses, including, without limitation, any jurisdictional objections and defenses.

memoranda shall be due on **October 30, 2026**; Plaintiff's oppositions shall be due on **December 7, 2026**; and Defendants' reply memoranda in support of their motions shall be due on **December 23, 2026**; should Plaintiff deem a sur-reply appropriate, it will be filed by **January 11, 2027**.

4. To streamline the briefing, instead of each Defendant party filing a separate motion, Defendants would file a joint motion to dismiss the Complaint that raises any arguments and issues common to all Defendants. Additionally, the CVS Defendants[2] and the Optum Defendants[3] anticipate filing separate motions to dismiss addressing party-specific arguments and issues unique to those Defendants, including lack of personal jurisdiction as to certain entities.

5. The parties respectfully request that the Court adopt the following page limits for their opening memoranda, Plaintiff's oppositions to the same, and replies and any sur-replies: **25 pages** for Defendants' joint memorandum in support of their motion to dismiss and Plaintiff's opposition to the same; **15 pages each** for the CVS Defendants' and the Optum Defendants' memoranda in support of their motions to dismiss and Plaintiff's oppositions to the same; **thirteen pages** for Defendants' joint reply memorandum and any sur-reply to the same; and **eight pages each** for the CVS Defendants' and the Optum Defendants' reply memoranda and any sur-replies to the same. This proposal will result in more efficient briefing and, ultimately, the Court's consideration of fewer combined pages of briefing than the Court's procedures allow.

6. The parties respectfully request that the Court grant this motion and have included a proposed order for the Court's consideration.

---

[2] The CVS Defendants include CVS Health Corporation; CVS Pharmacy Inc.; Caremark Rx, L.L.C.; Caremark, LLC; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, LLC.

[3] The Optum Defendants include UnitedHealth Group, Inc., Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.

Dated: October 6, 2026

*/s/ Mark P. Pifko*
Mark P. Pifko (*pro hac vice forthcoming*)
Daniel Alberstone (*pro hac vice forthcoming*)
BARON & BUDD, P.C.
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Tel.: (818) 839-2333
mpifko@baronbudd.com
dalberstone@baronbudd.com

Lawrence S. Krasner (PA Bar No. 49667)
David Napiorski (PA Bar No. 319730)
Thomas Gaeta (PA Bar No. 308786)
OFFICE OF THE PHILADELPHIA DISTRICT ATTORNEY
3 South Penn Square
Philadelphia, PA 19107
Tel: (215) 686-8000
thomas.gaeta@phila.gov

Russell W. Budd (*pro hac vice forthcoming*)
Christine C. Mansour (*pro hac vice forthcoming*)
BARON & BUDD, P.C.
3102 Oak Lawn Ave, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
rbudd@baronbudd.com
cmansour@baronbudd.com

Burton LeBlanc (*pro hac vice forthcoming*)
BARON & BUDD, P.C.
2600 Citiplace Drive, Suite 400
Baton Rouge, LA 70808
Tel.: (225) 927-5441
bleblanc@baronbudd.com

Catherine Hancock Dorsey (*pro hac vice forthcoming*)
BARON & BUDD, P.C.
2600 Virginia Ave. NW, Suite 900
Washington, D.C. 20037
Tel.: (202) 333-4562
cdorsey@baronbudd.com

Respectfully submitted,

*/s/ Robert J. Norcia*

Robert J. Norcia
STRADLEY RONON STEVENS & YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8663
rnorcia@stradley.com

Steven N. Herman (PA 205832)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 220037
(202) 778-1800
sherman@zuckerman.com

Conor B. O'Croinin (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
cocroinin@zuckerman.com

*Attorneys for Defendants CVS Health Corporation; CVS Pharmacy Inc.; Caremark Rx, L.L.C.; Caremark, LLC; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, LLC*

*/s/ Elisabeth B. Miller*
Elisabeth B. Miller (PA 335455)
David Mader (*pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Michael Lyle (*pro hac vice forthcoming*)
Jonathan G. Cooper (*pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 13th St. NW, Suite 600

Gregory B. Heller (PA Bar No. 61130)
FELDMAN SHEPHERD
WOHLGELERNTER WEINSTOCK
DODIG LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Tel: (215) 567-8300
gheller@feldmanshepherd.com

Jerry R. DeSiderato (PA Bar No. 201097)
Timothy J. Ford (PA Bar No. 325290)
Silvio Trentalange (PA Bar No. 320606)
Stanford B. Ponson (PA Bar No. 322548)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000
jdesiderato@dilworthlaw.com
tford@dilworthlaw.com
strentalange@dilworthlaw.com
sponson@dilworthlaw.com

Stephen A. Sheller (PA Bar No. 3270)
SHELLER, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel.: (215) 790-7300
sasheller@sheller.com

Andrew B. Sacks (PA Bar No. 41390)
SACKS LAW, LLC
One Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 925-8200
asacks@sackslaw.com

*Attorneys for Plaintiff*

Washington, D.C. 20004
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Joseph P. Walsh, Esquire (I.D. No. 64352)
WALSH PANCIO, LLC
2326 North Broad Street, Suite 200
Colmar, PA 18915
Phone: (215) 368-8660
joe@walshpancio.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc.*

*<u>/s/ Joseph I. Fontak</u>*

Joseph I. Fontak
LEADER BERKON COLAO &
SILVERSTEIN LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (admitted *pro hac vice*)
Matthew P. Hooker (admitted *pro hac vice*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
matthew.hooker@alston.com

Michael A. Kaeding (admitted *pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Rachel Finkel (admitted *pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
rachel.finkel@alston.com

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Jeffrey T. Scott (admitted *pro hac vice*)
Matthew J. Porpora (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10014
(212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Science, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Health Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 6, 2026, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

*s/ Robert J. Norcia*
Robert J. Norcia

*Attorney for Defendants CVS Health Corporation; CVS Pharmacy Inc.; Caremark Rx, L.L.C.; Caremark, LLC; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, LLC*