**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA *ex rel.* LAWRENCE S. KRASNER, PHILADELPHIA DISTRICT ATTORNEY,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC. *et al.*,<br><br>Defendants. | No. 2:26-cv-7251-CFK |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE AND TO MODIFY PAGE LIMITS ON DEFENDANTS' MOTIONS TO DISMISS**

Upon consideration of the Parties' Joint Motion for Briefing Schedule and to Modify Page Limits on Defendants' Motions to Dismiss, it is hereby

**ORDERED** that the Parties' joint motion is granted;

**ORDERED** that Defendants' motions to dismiss and accompanying memoranda shall be due on **October 30, 2026**; Plaintiff's oppositions shall be due on **December 7, 2026**; and Defendants' reply memoranda in support of their motions shall be due on **December 23, 2026**; should Plaintiff deem a sur-reply to be appropriate concerning any of the above briefs, they shall be filed by **January 11, 2027**; and further

**ORDERED** that the page limits concerning the above-referenced briefs shall be as follows:

- Defendants' joint memorandum in support of their motion to dismiss and Plaintiff's opposition to the same shall not exceed **25 pages** in length;

- The CVS Defendants' and the Optum Defendants' memoranda in support of their party-specific motions to dismiss and Plaintiff's oppositions to the same shall not exceed **15 pages** in length;
- Defendants' joint reply memorandum and any sur-reply to the same shall not exceed **thirteen pages** in length; and
- The CVS Defendants' and the Optum Defendants' reply memoranda in support of their party-specific motions to dismiss and Plaintiff's sur-replies to the same shall not exceed **eight pages** in length.

**SO ORDERED.**

Dated: ______________

______________________________
The Honorable Chad F. Kenney
United States District Judge