**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE COMMONWEALTH OF PENNSYLVANIA *ex rel.* LAWRENCE KRASNER, PHILADELPHIA, DISTRICT ATTORNEY,** *Plaintiff*, | : | **CIVIL ACTION** |
| **v.** | : | |
| **EXPRESS SCRIPTS, INC. *et al.*,** *Defendants*. | : | **No. 26-cv-07251** |

**ORDER**

**AND NOW**, this **13th** day of **October 2026**, upon consideration of the Parties' Joint Motion for Briefing Scheduling and to Modify Page Limits (the "Motion") (ECF No. 34), it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 34) is **GRANTED in part** and **DENIED in part**.
2. Defendants' motions to dismiss shall be **DUE** by **October 30, 2026**.
3. Defendants' joint memorandum in support of their motion to dismiss shall **NOT EXCEED** twenty-five (25) pages in length.
4. The CVS Defendants' and the Optum Defendants' memoranda in support of their party-specific motions to dismiss shall **NOT EXCEED** fifteen (15) pages in length.
5. Plaintiff's oppositions shall be **DUE** on **December 3, 2026 at 12:00 P.M.**
6. Plaintiffs' opposition to Defendants' joint memorandum in support of their motion to dismiss shall **NOT EXCEED** twenty-five (25) pages in length.
7. Plaintiffs' opposition to the CVS Defendants' and the Optum Defendants' memoranda in support of their party-specific motions to dismiss shall **NOT EXCEED** fifteen (15) pages in length.

8. Defendants' reply memoranda in support of their motions shall be **DUE** by **<u>December 17, 2026</u> at 12:00 P.M**.

9. Defendants' joint reply memorandum in support of their motion to dismiss shall **NOT EXCEED** thirteen (13) pages in length.[1]

10. The CVS Defendants' and the Optum Defendants' reply memoranda in support of their party-specific motions to dismiss shall **NOT EXCEED** eight (8) pages in length.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

[1] In accordance with Judge Kenney's Policies and Procedures for Counsel, the Partes are permitted to file sur-reply briefs without the Court's leave. Judge Kenney's Policies and Procedures are available at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.

Any sur-replies shall be **LIMITED** in page length in accordance with the Court' page limit for that Party's reply brief.