IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Commonwealth of Pennsylvania, *ex rel.* Lawrence Krasner, Philadelphia, District Attorney<br><br>*Plaintiff*,<br>v.<br><br>Express Scripts, Inc. *et al.*,<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 2:26-cv-07251 |

ORDER

AND NOW, this _______ day of ______________________ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Brian J. Beaton, Jr., Esquire as counsel for CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C.. Brian J. Beaton, Jr. is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

________________________________
Hon. Chad F. Kenney , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-07251

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Brian J. Beaton, Jr. the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent CVS Pharmacy, Inc., et al.. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New York | 04/21/2022 | 5933163 |
| District of Columbia | 01/08/2024 | 90020963 |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| U.S. District Court of the District of Columbia | 06/02/2025 | 90020963 |
| U.S. Court of Appeals District of Columbia Circuit | 05/07/2025 | 66157 |
| U.S. Court of Appeals Sixth Circuit | 07/25/2024 | n/a |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C.

*Name of Attorney:* Brian J. Beaton, Jr.

*Firm Address:* Zuckerman Spaeder LLP, 2100 L Street NW, Suite 400, Washington D.C. 20037

*Telephone Number:* (202) 778-1825

*Email Address:* bbeaton@zuckerman.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* October 30, 2026
*(Date)*

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Brian J. Beaton, Jr. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Steven Herman | [signature] | August 20, 2015 | 205832 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Zuckerman Spaeder LLP, 2100 L Street, NW, Suite 400, Washington DC 20037

sherman@zuckerman.com

(202) 778-1825

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* October 30, 2026 [signature]

*(Date)* *(Sponsor's signature)*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| The Commonwealth of Pennsylvania,<br>*ex rel*. Lawrence Krasner, Philadelphia,<br>District Attorney<br>Plaintiff,<br><br>v.<br><br>Express Scripts, Inc. *et al*.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-07251 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the motion of Brian J. Beaton, Jr., Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

October 30, 2026

Respectfully submitted,

By: Steven Herman
**ZUCKERMAN SPAEDER LLP**
*Attorney for Defendants*
*CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., and AdvanceRx.com, L.L.C.*