**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE COMMONWEALTH OF PENNSYLVANIA, ex rel. Lawrence S. Krasner, Philadelphia District Attorney,** ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **EXPRESS SCRIPTS. INC., et al,** ***Defendants.*** | : | **NO. 26-cv-7251** |

**ORDER**

**AND NOW**, this 30th day of October 2026, it is hereby **ORDERED** that the Motions for Admission Pro Hac Vice (ECF Nos. 36 and 37) of Blair G. Brown, Esquire and Brian J. Beaton, Jr., as counsel for CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C, Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) are **GRANTED.**

Pro Hac Vice Counsel are directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney