# EXHIBIT C

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania, :
Acting by Attorney General :
Michelle Henry, :
Plaintiff :
:
v. : No. 58 M.D. 2024
:
CVS Pharmacy, Inc., :
Walgreen Co., and Walmart, Inc., :
Defendants :

**PER CURIAM** **ORDER**

NOW, April 5, 2024, upon review of the Commonwealth of Pennsylvania, Acting through Attorney General Michelle Henry's (Plaintiff) February 21 and March 1, 2024 "Motion[s] to Approve Consent Decree[s]" (Motions), and whereas a proper proof of acceptance of service of the Complaint for each Defendant has been filed, the Motions are GRANTED.

The Final Consent Judgment and Dismissal with Prejudice executed by Plaintiff and Defendant CVS Pharmacy, Inc., attached to the Motion filed on February 21, 2024, at 3:00 p.m., and the attachments thereto, is hereby entered as an Order of the Court.

The Final Consent Judgment and Dismissal with Prejudice executed by Plaintiff and Defendant Walgreen Co., attached to the Motion filed on February 21, 2024, at 3:45 p.m., and the attachments thereto, is hereby entered as an Order of the Court.

The Final Consent Judgment and Dismissal with Prejudice executed by Plaintiff and Defendant Walmart, Inc., attached to the Motion filed on March 1, 2024, and the attachments thereto, is hereby entered as an Order of the Court.



Order Exit
04/05/2024