**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *ex rel.* Lawrence S. Krasner, Philadelphia District Attorney,<br><br>*Plaintiff*<br><br>–v–<br><br>EXPRESS SCRIPTS INC., *et al.*,<br><br>*Defendants.* | Case No. 2:26-cv-07251-CFK<br><br>The Honorable Chad F. Kenney |

**ORDER**

**AND NOW**, this ______ day of ________________ 2026, upon consideration of the Motion to Dismiss by the CVS Defendants, the Memorandum of Law in support thereof, the Consent Judgment between the Commonwealth of Pennsylvania and CVS, the Declaration of Thomas S. Moffatt, Plaintiff's Opposition thereto, the CVS Defendants' Reply in further support thereof, and the docket, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss by Defendants CVS Health Corporation and Caremark Rx, L.L.C. for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure is **GRANTED**. All claims asserted against CVS Health Corporation and Caremark Rx, L.L.C. in the Complaint are **DISMISSED WITHOUT PREJUDICE**.
2. The Motion to Dismiss by Defendants CVS Pharmacy, Inc.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, L.L.C. for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure is **GRANTED**. All claims asserted against these Defendants in the Complaint are **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

______________________________

**CHAD F. KENNEY, JUDGE**