**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA *ex rel.* LAWRENCE S. KRASNER, PHILADELPHIA DISTRICT ATTORNEY, | |
| Plaintiff, | No. 2:26-cv-07251-CFK |
| v. | ORAL ARGUMENT REQUESTED |
| EXPRESS SCRIPTS, INC. *et al.*, | |
| Defendants. | |

**CERTAIN OPTUM DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(6)**

1. Defendants OptumInsight Life Sciences, Inc. and OptumHealth Holdings, LLC (the "12(b)(2) Defendants") respectfully move for an order dismissing the Complaint (ECF No. 1-3) for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

2. Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., Optum Health Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC (collectively, the "Moving Defendants") also move for an order dismissing the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).[1]

3. In support of these motions is an accompanying Memorandum of Law, which sets forth grounds for dismissal specific to the Moving Defendants.

4. In accordance with this Court's September 23, 2026 Order (ECF No. 13), the undersigned counsel certify that counsel for Plaintiff and the Moving Defendants met and

[1] This motion does not include OptumRx, Inc.

conferred on Monday, October 12, 2026, to discuss the substance of this motion and the pleading deficiencies of the complaint. The parties' meeting occurred by Zoom and involved substantive verbal communications, not simply an exchange of emails or letters. Notwithstanding those discussions, the parties were unable to "reach a resolution that eliminates the need for" this motion. ECF No. 13.

5. Additionally, OptumRx, Inc. and the Moving Defendants join Defendants' Joint Motion to Dismiss the Complaint for Failure to State a Claim, which will be accompanied by a Joint Brief in support of that motion. The 12(b)(2) Defendants join that joint motion subject to, and without waiving, their motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2).

6. The Moving Defendants respectfully request oral argument on this motion.

Dated: October 30, 2026

*/s/ Joseph I. Fontak*

Joseph I. Fontak
**LEADER BERKON COLAO & SILVERSTEIN LLP**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (*pro hac vice*)
Matthew P. Hooker (*pro hac vice*)
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
matthew.hooker@alston.com

Michael A. Kaeding (*pro hac vice*)
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601

(919) 862-2200
mike.kaeding@alston.com

Rachel Finkel (*pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9517
rachel.finkel@alston.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Jeffrey T. Scott (*pro hac vice*)
Matthew J. Porpora (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., Optum Health Networks, Inc., OptumHealth Care Solutions, LLC and OptumHealth Holdings, LLC*