**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA *ex rel.* LAWRENCE S. KRASNER, PHILADELPHIA DISTRICT ATTORNEY,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC. *et al.*,<br><br>Defendants. | No. 2:26-cv-07251-CFK |

**[PROPOSED] ORDER GRANTING CERTAIN OPTUM DEFENDANTS' MOTION TO DISMISS**

On October 30, 2026, Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., Optum Health Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC filed a motion to dismiss the Complaint (ECF No. 1-3). Upon consideration of the parties' submissions, briefing, and arguments at the hearing it is hereby

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that Defendants OptumInsight Life Sciences, Inc. and OptumHealth Holdings, LLC are dismissed for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2); and

**ORDERED** that the Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) as to Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., Optum Health Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC.

**SO ORDERED**.

Dated: _____________

_______________________
The Honorable Chad F. Kenney
United States District Judge