**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Commonwealth of Pennsylvania, *ex rel.* Lawrence Krasner, Philadelphia District Attorney,<br>*Plaintiff*,<br>v.<br>Express Scripts, Inc. *et al*.,<br>*Defendants*. | No. 2:26-cv-07251-CFK<br>ORAL ARGUMENT REQUESTED |

**MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Health Networks, Inc.; CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, L.L.C. (collectively, "Defendants") respectfully move this Court for an order dismissing the complaint (ECF 1-3) with prejudice.

2. In support of this motion, Defendants submit a Joint Brief in Support of Their Motion to Dismiss the Complaint for Failure to State a Claim, which sets forth in full the grounds for dismissal against all Defendants. As explained more fully in the Joint Brief, the complaint should be dismissed with prejudice for failure to state a claim for relief.

3. In accordance with this Court's September 23, 2026 Order (ECF 13), the undersigned counsel certify that counsel for all parties met and conferred on Monday, October 12,

2026, to discuss the substance of this motion and the pleading deficiencies of the complaint. The parties' meeting occurred by Zoom and involved substantive verbal communications, not simply an exchange of emails or letters. Notwithstanding those discussions, the parties were unable to "reach a resolution that eliminates the need for" this motion. ECF 13.

4. Defendants respectfully request oral argument on this motion.

Dated: October 30, 2026

*s/ Joseph I. Fontak*
Joseph I. Fontak
LEADER BERKON COLAO
& SILVERSTEIN LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (admitted *pro hac vice*)
Matthew P. Hooker (admitted *pro hac vice*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
matthew.hooker@alston.com

Michael A. Kaeding (admitted *pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Rachel Finkel (admitted *pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Rachel.finkel@alston.com

Respectfully submitted,

*s/ Elisabeth Miller*
Elisabeth Miller (PA 335455)
David Mader (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Jonathan G. Cooper (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com

Joseph P. Walsh (PA 64352)
WALSH PANCIO, LLC
2326 North Broad Street, Suite 200
Colmar, PA 18915
(215) 368-8660
joe@walshpancio.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc.*

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Jeffrey T. Scott (admitted *pro hac vice*)
Matthew J. Porpora (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*

s/ *Robert J. Norcia*
Robert J. Norcia (PA 321509)
STRADLEY RONON STEVENS & YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8663
rnorcia@stradley.com

Blair G. Brown (admitted *pro hac vice*)
Steven N. Herman (PA 205832)
Brian J. Beaton, Jr. (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
(202) 778-1800
bbrown@zuckerman.com
sherman@zuckerman.com
bbeaton@zuckerman.com

Conor B. O'Croinin (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
cocroinin@zuckerman.com

*Attorneys for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., and AdvanceRx.com, L.L.C.*