**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| The Commonwealth of Pennsylvania, *ex rel.* Lawrence Krasner, Philadelphia District Attorney,<br><br>*Plaintiff*,<br>v.<br><br>Express Scripts, Inc. *et al*.,<br><br>*Defendants*. | No. 2:26-cv-07251-CFK<br><br>ORAL ARGUMENT REQUESTED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

On October 30, 2026, Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Health Networks, Inc.; CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; and AdvanceRx.com, L.L.C. (collectively, "Defendants") filed a Motion to Dismiss the Complaint for Failure to State a Claim. Upon consideration of the Motion and Defendants' Joint Brief in Support, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and the Complaint (ECF 1-3) is dismissed with prejudice.

**SO ORDERED** on ____________________ ______________________________
Date The Honorable Chad F. Kenney