IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Commonwealth of Pennsylvania ex rel. Lawrence S. Krasner, Philadelphia District Attorney,<br><br>v.<br><br>Express Scripts, Inc., et al. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 2:26-cv-07251-CFK |

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Michael Lyle, Esquire as counsel for Express Scripts, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc., and ESI Mail Order Processing, Inc.. Michael Lyle is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

______________________________
, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-07251-CFK

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Michael Lyle the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent See Exhibit A. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| District of Columbia | 11/02/2001 | 475078 |
| Illinois | 11/10/1998 | 679927 |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See Exhibit B | | |
| See Exhibit B | | |
| See Exhibit B | | |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* See Exhibit A

*Name of Attorney:* Michael Lyle

*Firm Address:* 555 13th St NW, Suite 600, Washington, DC, 20004

*Telephone Number:* 202-538-8000

*Email Address:* mikelyle@quinnemanuel.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 11/2/2026
*(Date)*

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michael Lyle to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elisabeth B. Miller | /s/ Elisabeth B. Miller | 9/30/2024 | 335455 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Quinn Emanuel Urquhart & Sullivan LLP, 295 5th Ave, 9th Flr., NY, NY 10016

elisabethmiller@quinnemanuel.com

212-849-7000

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 11/2/2026 *(Date)*

*/s/ Elisabeth B. Miller*
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Commonwealth of Pennsylvania ex rel. Lawrence S. Krasner, Philadelphia District Attorney,<br>v.<br>Express Scripts, Inc., et al. | Case Number: 2:26-cv-07251-CFK |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Michael Lyle, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF.

/s/ Elisabeth B. Miller
(Signature of Attorney)

Elisabeth B. Miller
(Name of Attorney)

Express Scripts, Inc., et al.
(Name of Moving Party)

11/3/2026
(Date)

# EXHIBIT A

**Parties Represented by Movant**

- Medco Health Solutions, Inc.;
- Express Scripts, Inc.;
- Express Scripts Pharmacy, Inc.;
- Evernorth Health, Inc.;
- Express Scripts Specialty Distribution Services, Inc.;
- Express Scripts Administrators, LLC;
- ESI Mail Pharmacy Service, Inc.; and
- ESI Mail Order Processing, Inc.

# EXHIBIT B

## Court Admissions

I, Michael J. Lyle, am admitted to practice law in the following courts:

| State Court | Date of Admission | Bar Number |
|---|---|---|
| Illinois | November 10, 1988 | 6799227 |
| District of Columbia | November 2, 2001 | 475078 |

| Federal Courts | Date of Admission | Bar Number |
|---|---|---|
| U.S. Supreme Court | March 28, 2005 | 254705 |
| U.S. Court of Appeals for the Second Circuit | December 2, 2015 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | March 19, 1997 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | December 16, 2011 | 1317 |
| U.S. Court of Appeals for the Seventh Circuit | December 15, 1995 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | April 18, 2002 | 02-0191 |
| U.S. District Court for the District of Columbia | August 4, 2005 | 475078 |
| U.S. District Court for the Northern District of Illinois | January 11, 1989 | 6199227 |
| U.S. District Court for the Central District of Illinois | April 24, 1990 | N/A |
| U.S. District Court for the Eastern District of Michigan | February 1, 1991 | N/A |
| U.S. District Court for the Western District of Michigan | March 27, 2007 | N/A |
| Supreme Court of Illinois | November 14, 1988 | 6199227 |

My status in each of these bars or courts is active.