**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |
| **V.** | : | **NO. 26-cv-07251-CFK** |
| | : | |
| **EXPRESS SCRIPTS, INC., *et al.*** | : | |

# ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter my appearance as co-counsel on behalf of the plaintiff, Commonwealth of Pennsylvania.

/s/ John K. Weston

John K. Weston
Attorney No. 26314 (PA)
SACKS WESTON LLC
1650 Market Street – 55th Floor
Philadelphia, PA 19103
(215) 925-8200
jweston@sackslaw.com